| | |
|---|---|
| 1 | Michael J. Shepard (Bar No. 91281) |
| | HOGAN LOVELLS US LLP |
| 2 | 4 Embarcadero Center, 22nd Floor |
| | San Francisco, California  94111 |
| 3 | Telephone:  (415) 374-2301 |
| | Facsimile:   (415) 374-2499 |
| 4 | michael.shepard@hoganlovells.com |
| 5 | Norman J. Blears (Bar No. 95600) |
| | Maren J. Clouse (Bar No. 228726) |
| 6 | HOGAN LOVELLS US LLP |
| | 525 University Avenue, 4th Floor |
| 7 | Palo Alto, California 94301 |
| | Telephone:  (650) 463-4000 |
| 8 | Facsimile:   (650) 463-4199 |
| | norman.blears@hoganlovells.com |
| 9 | maren.clouse@hoganlovells.com |
| 10 | Attorneys for Defendant Steven M. Neil |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVE LUCIA, derivatively on behalf of DIAMOND FOODS, INC., | Case No.  11-CV-06417 WHA |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| vs. | The Honorable William H. Alsup |
| LAURENCE M. BAER, EDWARD A. BLECHSCHMIDT, JOHN J. GILBERT, ROBERT M. LEA, MICHAEL J. MENDES, JOSEPH P. SILVEIRA, STEVEN M. NEIL, GLEN C. WARREN, JR., RICHARD G. WOLFORD, and ROBERT J. ZOLLARS, | Date Action Filed:  December 19, 2011 |
| Defendants, | |
| - and - | |
| DIAMOND FOODS, INC., | |
| Nominal Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Steven M. Neil hereby substitutes the law firm of Hogan Lovells US LLP as his counsel of record in this action, in the place and instead of Fenwick & West LLP.

Pursuant to such substitution, Mr. Neil hereby request that all notices, filings and other documents in this action be served on the following counsel:

>Michael J. Shepard (Bar No. 91281)
>HOGAN LOVELLS US LLP
>4 Embarcadero Center, 22nd Floor
>San Francisco, California 94111
>Telephone: (415) 374-2301
>Facsimile: (415) 374-2499
>michael.shepard@hoganlovells.com
>
>Norman J. Blears (Bar No. 95600)
>Maren J. Clouse (Bar No. 228726)
>525 University Avenue, 4th Floor
>Palo Alto, California 94301
>Telephone: (650) 463-4000
>Facsimile: (650) 463-4199
>norman.blears@hoganlovells.com
>maren.clouse@hoganlovells.com

I hereby agree to the foregoing substitution.

Dated: February 14, 2012          By:      /s/ *Steven M. Neil*
                                              Steven M. Neil

We hereby agree to the foregoing substitution.

Dated: February 14, 2012          FENWICK & WEST LLP

                                  By:      /s/ *Jennifer C. Bretan*
                                              Jennifer C. Bretan

We hereby accept the foregoing substitution.

Dated: February 14, 2012          HOGAN LOVELLS US LLP

                                  By:      /s/ *Michael J. Shepard*
                                              Michael J. Shepard

**ORDER**

Pursuant to the foregoing, it is hereby **ORDERED** that the law firm of Hogan Lovells US LLP is substituted as counsel of record in this action for defendant Steven M. Neil, in place and instead of Fenwick & West LLP.

Dated: February 16, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE

**ATTESTATION**

Pursuant to General Order No. 45, Section X (B), I, Michael J. Shepard, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: February 14, 2012

/s/ *Michael J. Shepard*
Michael J. Shepard