| | |
|---|---|
| 1 | PAUL COLLINS (CSB No. 187709) |
| 2 | pcollins@gibsondunn.com |
| | GIBSON DUNN & CRUTCHER LLP |
| 3 | 1881 Page Mill Road |
| | Palo Alto, California 94304 |
| 4 | Telephone: (650) 849-5309 |
| | Facsimile: (650) 849-5009 |
| 5 | |
| 6 | Attorneys for Defendants LAURENCE M. BAER, EDWARD A. BLECHSCHMIDT, GLEN C. |
| 7 | WARREN, JR., RICHARD G. WOLFORD and ROBERT J. ZOLLARS |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 13 | DAVE LUCIA, derivatively on behalf of DIAMOND FOODS, INC., | Case No. CV 11-06417 WHA |
| 14 | Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| 15 | vs. | |
| 16 | LAURENCE M. BAER, EDWARD A. BLECHSCHMIDT, JOHN J. GILBERT, | Judge: The Honorable William H. Alsup |
| 17 | ROBERT M. LEA, MICHAEL J. MENDES, JOSEPH P. SILVEIRA, | Date Action Filed:  December 19, 2011 |
| 18 | STEVEN M. NEIL, GLEN C. WARREN, JR., RICHARD G. WOLFORD, and | |
| 19 | ROBERT J. ZOLLARS, | |
| 20 | Defendants, | |
| 21 | - and - | |
| 22 | DIAMOND FOODS, INC., | |
| 23 | Nominal Defendant. | |

NOTICE OF SUBSTITUTION OF COUNSEL    CASE NO.  CV 11-06417 WHA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that defendants Laurence M. Baer, Edward A. Blechschmidt, Glen C. Warren, Jr., Richard G. Wolford and Robert J. Zollars hereby substitute the law firm of Gibson Dunn & Crutcher LLP as their counsel of record in this action, in the place and instead of Fenwick & West LLP.

    Pursuant to such substitution, Messrs. Baer, Blechschmidt, Warren, Wolford and Zollars hereby request that all notices, filings and other documents in this action be served on the following counsel:

> Paul J. Collins
> GIBSON, DUNN & CRUTCHER LLP
> 1881 Page Mill Road
> Palo Alto, California 94304
> Telephone: (650) 849-5309
> Facsimile: (650) 849-5009

    We hereby agree to the foregoing substitution.

Dated: February 14, 2012        By: _____/s/ *Laurence M. Baer*_____
                                                     Laurence M. Baer

Dated: February 14, 2012        By: _____/s/ *Edward A. Blechschmidt*_____
                                                     Edward A. Blechschmidt

Dated: February 14, 2012        By: _____/s/ *Glen C. Warren, Jr.*_____
                                                     Glen C. Warren, Jr.

Dated: February 14, 2012        By: _____/s/ *Richard G. Wolford*_____
                                                     Richard G. Wolford

Dated: February 14, 2012        By: _____/s/ *Robert J. Zollars*_____
                                                     Robert J. Zollars

We hereby agree to the foregoing substitution.

Dated:  February 14, 2012                    FENWICK & WEST LLP


                                             By:  _____/s/ *Jennifer C. Bretan*_____
                                                      Jennifer C. Bretan


We hereby accept the foregoing substitution.

Dated:  February 14, 2012                    GIBSON DUNN & CRUTCHER LLP


                                             By:  _____/s/ *Paul Collins*_____
                                                      Paul Collins

### ORDER

Pursuant to the foregoing, it is hereby **ORDERED** that the law firm of Gibson Dunn & Crutcher LLP is substituted as counsel of record in this action for defendants Laurence M. Baer, Edward A. Blechschmidt, Glen C. Warren, Jr., Richard G. Wolford and Robert J. Zollars, in place and instead of Fenwick & West LLP.

Dated:  February 16, 2012.

                                             _____
                                             William Alsup
                                             UNITED STATES DISTRICT JUDGE