| | |
|---|---|
| 1 | Sara B. Brody (SBN 130222) |
|   | sbrody@sidley.com |
| 2 | Robert B. Martin, III (SBN 235489) |
|   | rbmartin@sidley.com |
| 3 | Naomi A. Igra (SBN 269095) |
|   | nigra@sidley.com |
| 4 | SIDLEY AUSTIN LLP |
|   | 555 California Street, Suite 2000 |
| 5 | San Francisco, California  94104 |
|   | Telephone:  (415) 772-1200 |
| 6 | Facsimile:  (415) 772-7400 |
| 7 | Attorneys for Defendant |
|   | *Michael J. Mendes* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, derivatively on behalf of Diamond Foods, Inc., | ) ) ) ) | Case No. 11 CV 05692 (WHA) |
| Plaintiff, | ) ) | **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| v. | ) ) | |
| MICHAEL J. MENDES, STEVEN M. NEIL, LAURENCE M. BAER, EDWARD A. BLECHSCHMIDT, JOHN J. GILBERT, ROBERT M. LEA, GLEN C. WARREN, JR., RICHARD G. WOLFORD and ROBERT J. ZOLLARS, | ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| And | ) ) | |
| DIAMOND FOODS, INC., | ) ) | |
| Nominal Defendant. | ) ) | |

| | |
|---|---|
| DAVE LUCIA, derivatively on behalf of DIAMOND FOODS, INC., | Case No. 11 CV 06417 (WHA) |
| Plaintiff, | |
| v. | |
| LAURENCE M. BAER, EDWARD A. BLECHSCHMIDT, JOHN J. GILBERT, ROBERT M. LEA, MICHAEL J. MENDES, JOSEPH P. SILVEIRA, STEVEN M. NEIL, GLEN C. WARREN, JR., RICHARD G. WOLFORD, and ROBERT J. ZOLLARS, | |
| Defendants, | |
| And | |
| DIAMOND FOODS, INC., | |
| Nominal Defendant. | |

**NOTICE OF SUBSTITUTION OF COUNSEL – Case Nos. 11 CV 05692 & 11 CV 06417**

SF1 1788242v.1

1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 | PLEASE TAKE NOTICE that defendant Michael J. Mendes hereby substitutes the law firm of Sidley Austin LLP as his counsel of record in this action, in the place and instead of Fenwick & West LLP.

Pursuant to such substitution, Mr. Mendes hereby request that all notices, filings and other documents in this action be served on the following counsel:

> Sara B. Brody
> Robert B. Martin, III
> Naomi A. Igra
> SIDLEY AUSTIN LLP
> 555 California Street, Suite 2000
> San Francisco, California 94104
> Telephone: (415) 772-1200
> Facsimile: (415) 772-7400

I hereby agree to the foregoing substitution.

Dated: February 14, 2012            By:      /s/ *Michael J. Mendes*
                                             MICHAEL J. MENDES

We hereby agree to the foregoing substitution.

Dated: February 14, 2012            FENWICK & WEST LLP


                                    By:      /s/ *Jennifer C. Bretan*
                                             JENNIFER C. BRETAN

---

NOTICE OF SUBSTITUTION OF COUNSEL – CASE NOS. 11 CV 05692 & 11 CV 06417
-1-

SF1 1788242v.1

We hereby accept the foregoing substitution.

Dated: February 14, 2012 SIDLEY AUSTIN LLP

By: /s/ *Sara B. Brody*
 SARA B. BRODY
 ROBERT B. MARTIN, III
 NAOMI A. IGRA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

Pursuant to the foregoing, it is hereby **ORDERED** that the law firm of Sidley Austin LLP is substituted as counsel of record in this action for defendant Michael J. Mendes, in place and instead of Fenwick & West LLP.

Dated:  February 16, 2012.                 _____
                                                    William Alsup
                                                    UNITED STATES DISTRICT JUDGE